| ID | SUBSIDY PROGRAM | LEASE START | PAYMENT STRUCTURE | MONTHLY RENT | MONTHLY SUBSIDY | OTHER MONTHLY GOVT ASSISTANCE PAID VIA DSS (OGMA) (AT MOVE IN) | MONTHLY CLIENT CONTRIBUTION (AT MOVE IN) | Total Paid - Rent Subsidy | Total Paid -OGMA | LL Bonus | Unit Hold | TOTAL PAYMENTS | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Client 1 | CityFHEPS | 01-MAY-2020 | 12 Months Upfront | $1,580 | $938 | $400 | $242 | $11,974.20 | $600.00 | $4,300.00 | $1,580.00 | $18,454.20 | |
| Client 2 | CityFHEPS | 01-MAY-2020 | 12 Months Upfront | $1,580 | $797 | $0 | $783 | $11,188.68 | $0.00 | $4,300.00 | $1,580.00 | $17,068.68 | |
| Client 3 | CityFHEPS | 01-MAY-2020 | 12 Months Upfront | $2,040 | $1,539 | $501 | $0 | $19,216.00 | $726.00 | $4,300.00 | $2,040.00 | $26,282.00 | OGMA change to $450 |
| Client 4 | FHEPS | 01-MAY-2020 | 4 Months Upfront | $1,580 | $578 | $277 | $725 | $3,304.00 | $969.50 | $4,300.00 | $1,580.00 | $10,153.50 | |
| Client 5 | CityFHEPS | 01-MAY-2020 | 12 Months Upfront | $1,580 | $1,180 | $400 | $0 | $18,279.33 | $1,200.00 | $4,300.00 | $1,580.00 | $25,359.33 | |
| Client 6 | CityFHEPS | 01-MAY-2020 | 4 Months Upfront | $1,580 | $947 | $283 | $350 | $4,137.85 | $990.50 | $4,300.00 | $1,580.00 | $11,008.35 | |
| Client 7 | CityFHEPS | 01-MAY-2020 | 12 Months Upfront | $1,580 | $1,180 | $400 | $0 | $14,686.67 | $400.00 | $4,300.00 | $1,580.00 | $20,966.67 | |
| Client 8 | FHEPS | 01-JUN-2020 | 4 Months Upfront | $1,580 | $1,130 | $57 | $393 | $4,970.00 | $1,153.50 | $4,300.00 | $1,580.00 | $12,003.50 | OGMA change to $450 |
| Client 9 | CityFHEPS | 01-MAY-2020 | 4 Months Upfront | $2,040 | $1,169 | $0 | $871 | $5,545.70 | $0.00 | $4,300.00 | $2,040.00 | $11,885.70 | |
| Client 10 | CityFHEPS | 01-JUN-2020 | 4 Months Upfront | $2,040 | $1,089 | $400 | $551 | $6,683.47 | $2,000.00 | $4,300.00 | $2,040.00 | $15,023.47 | |
| Client 11 | CityFHEPS | 01-MAY-2020 | 12 Months Upfront | $1,580 | $1,130 | $450 | $0 | $14,455.33 | $450.00 | $4,300.00 | $1,580.00 | $20,785.33 | |
| Client 12 | CityFHEPS | 01-MAY-2020 | 12 Months Upfront | $1,580 | $1,180 | $400 | $0 | $15,055.33 | $1,800.00 | $4,300.00 | $1,580.00 | $22,735.33 | |
| Client 13 | FHEPS | 01-MAY-2020 | 4 Months Upfront | $1,580 | $1,130 | $450 | $0 | $4,520.00 | $1,575.00 | $4,300.00 | $1,580.00 | $11,975.00 | |
| Client 14 | CityFHEPS | 01-MAY-2020 | 12 Months Upfront | $1,580 | $886 | $277 | $417 | $11,891.67 | $277.00 | $4,300.00 | $1,580.00 | $18,048.67 | |
| Client 15 | FHEPS | 01-MAY-2020 | 4 Months Upfront | $2,040 | $1,539 | $501 | $0 | $6,657.00 | $1,252.50 | $4,300.00 | $2,040.00 | $14,249.50 | |
| Client 16 | CityFHEPS | 01-MAY-2020 | 4 Months Upfront | $2,040 | $1,539 | $382 | $119 | $6,275.00 | $382.00 | $4,300.00 | $2,040.00 | $12,997.00 | |
| Client 17 | CityFHEPS | 01-MAY-2020 | 4 Months Upfront | $2,040 | $1,304 | $501 | $235 | $5,451.30 | $501.00 | $4,300.00 | $2,040.00 | $12,292.30 | |
| Client 18 | CityFHEPS | 01-MAY-2020 | 4 Months Upfront | $1,580 | $907 | $0 | $673 | $4,513.09 | $0.00 | $4,300.00 | $1,580.00 | $10,393.09 | |
| Client 19 | CityFHEPS | 01-MAY-2020 | 12 Months Upfront | $2,040 | $1,516 | $524 | $0 | $23,284.00 | $524.00 | $4,300.00 | $2,040.00 | $30,148.00 | |
| Client 20 | CityFHEPS | 01-JUN-2020 | 4 Months Upfront | $1,265 | $1,015 | $251 | $0 | $4,308.50 | $0.00 | $0.00 | $0.00 | $4,308.50 | |
| Client 21 | FHEPS | 01-MAY-2020 | 4 Months Upfront | $2,040 | $1,539 | $63 | $438 | $6,657.00 | $0.00 | $4,300.00 | $2,040.00 | $12,997.00 | |
| Client 22 | CityFHEPS | 01-MAY-2020 | 12 Months Upfront | $1,580 | $1,130 | $450 | $0 | $14,139.33 | $1,125.00 | $4,300.00 | $1,580.00 | $21,144.33 | |
| Client 23 | CityFHEPS | 01-MAY-2020 | 12 Months Upfront | $1,580 | $995 | $0 | $585 | $13,367.70 | $0.00 | $4,300.00 | $1,580.00 | $19,247.70 | |
| Client 24 | FHEPS | 01-MAY-2020 | 4 Months Upfront | $1,580 | $1,180 | $400 | $0 | $5,120.00 | $1,000.00 | $4,300.00 | $1,580.00 | $12,000.00 | |
| Client 25 | FHEPS | 01-MAY-2020 | 4 Months Upfront | $1,580 | $1,180 | $400 | $0 | $5,120.00 | $1,000.00 | $4,300.00 | $1,580.00 | $12,000.00 | |
| Client 26 | CityFHEPS | 01-JUN-2020 | 4 Months Upfront | $2,040 | $1,539 | $501 | $0 | $7,472.13 | $501.00 | $4,300.00 | $2,040.00 | $14,313.13 | |
| Client 27 | CityFHEPS | 01-MAY-2020 | 4 Months Upfront | $2,040 | $1,116 | $450 | $474 | $5,414.90 | $450.00 | $4,300.00 | $2,040.00 | $12,204.90 | |
| Client 28 | CityFHEPS | 01-MAY-2020 | 12 Months Upfront | $1,580 | $1,180 | $400 | $0 | $15,002.67 | $400.00 | $4,300.00 | $1,580.00 | $21,282.67 | |
| Client 29 | CityFHEPS | 01-MAY-2020 | 12 Months Upfront | $1,580 | $1,180 | $400 | $0 | $14,897.33 | $400.00 | $4,300.00 | $1,580.00 | $21,177.33 | |
| Client 30 | CityFHEPS | 01-MAY-2020 | 12 Months Upfront | $1,580 | $911 | $0 | $669 | $12,501.18 | $348.00 | $4,300.00 | $1,580.00 | $18,729.18 | client began receiving OGMA of $232 |
| Client 31 | CityFHEPS | 01-MAY-2020 | 4 Months Upfront | $1,265 | $1,050 | $215 | $0 | $4,537.33 | $215.00 | $4,300.00 | $1,265.00 | $10,317.33 | |
| | | | | | | | | | GRAND TOTAL | | | $501,551.69 | |