UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                              Chapter 11

W133 OWNER LLC,                                      Case No.: 20-42637 (NHL)

        Debtor.
-------------------------------------------------------------x

## STIPULATION AND ORDER EXTENDING TIME

WHEREAS, on October 7, 2021, the Court entered the Findings Of Fact, Conclusions Of Law, And Order: (I) Approving The Chapter 11 Trustee's First Amended Disclosure Statement; And (II) Confirming The Chapter 11 Trustee's Second Amended Plan Of Liquidation [ECF No. 192] that, among other things, confirmed the Chapter 11 Trustee's Second Amended Plan Of Liquidation ("Confirmed Plan")[1] [ECF No. 161]; and

WHEREAS, pursuant to the Confirmed Plan, Allowed Secured Real Estate Liens and Water and Sewer Charges as of the Closing Date are to be paid by the Trustee in full within seven (7) business days after the Effective Date;

WHEREAS, the Effective Date of the Confirmed Plan was October 22, 2021;

WHEREAS, pursuant to the Confirmed Plan, the Trustee paid certain Allowed Secured Real Estate Liens;

WHEREAS, the Trustee requested but has not received a final water and sewer bill for the Property;

WHEREAS, there is a potential issue regarding the extent and nature of a potential Secured Real Estate Lien on one of the tax lots for the Property; and

WHEREAS, the Trustee requires additional time to pay Allowed Secured Real Estate Liens and Water and Sewer Charges and the City of New York agreed to an extension of the Trustee's time.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.     The Trustee's time to pay Allowed Secured Real Estate Liens and Water and Sewer Charges pursuant to the Confirmed Plan is extended from November 2, 2021 through December 2, 2021, without prejudice to further extensions.

---

[1]     Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Confirmed Plan.

2. This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and electronic signatures herein shall be deemed to be original signatures.

3. The Trustee and the City of New York consent to the entry of the stipulation as an order in this case.

**AGREED AND CONSENTED TO:**

Dated: November 1, 2021

       **James A. Johnson**
       **Corporation Counsel of the City of New York**
       Counsel to the City of New York

By:   *s/ Hugh H. Shull*
      Hugh H. Shull, Esq.
      Assistant Corporation Counsel
      100 Church Street
      Room 5-233
      New York, New York 10007
      Telephone: (212) 356-2138

       **LaMonica Herbst & Maniscalco, LLP**
       Counsel to Lori Lapin Jones, Esq., as Chapter 11 Trustee

By:   *s/ Holly R. Holecek*
      Holly R. Holecek, Esq.
      A Partner of the Firm
      3305 Jerusalem Avenue, Suite 201
      Wantagh, New York 11793
      Telephone: (516) 826-6500

**IT IS SO ORDERED.**